

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-23-1995

# Tabas v Tabas

Precedential or Non-Precedential:

Docket 92-1495

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"Tabas v Tabas" (1995). *1995 Decisions.* Paper 43.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/43

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


Nos. 92-1495; 92-1529


HARRIETTE S. TABAS; RICHARD S. TABAS;
NANCY C. TABAS; GERALD LEVINSON,
As Executors of the Estate of CHARLES L. TABAS

Appellants

v.

DANIEL M. TABAS; JOSEPH P. CAMPBELL;
JAMES J. MCSWIGGAN; LEE A. TABAS; ROBERT TABAS;
SUSAN TABAS TEPPER; LINDA TABAS STEMPEL;
JOANNE TABAS WURZAK; CAROL TABAS STOFMAN; HOWARD WURZAK


On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civil Action No. 91-01355)


Argued:  January 26, 1993
Before:  GREENBERG, ROTH and LEWIS,
Circuit Judges

Reargued In Banc October 18, 1994
Before:  SLOVITER, Chief Judge, BECKER, STAPLETON,
MANSMANN, GREENBERG, HUTCHINSON, SCIRICA, COWEN,
NYGAARD, ALITO, LEWIS, ROTH, MCKEE,
Circuit Judges

_____

**ORDER AMENDING OPINION**

_____

Judge Becker's concurring opinion in the above-captioned case filed February 13, 1995, is amended as follows:

(1)  On page 35, lines 3 to 5, the first sentence should be amended to read "I join in all of Judge Roth's lead opinion except Part IV.D, and I concur in the judgment."

(2)  On page 38, line 14, remove the quotation mark before "a combination".

(3)  On page 40, line 7, delete "Majority" and insert "Lead".

(4)  On page 42, line 6, delete "the majority" and insert "Judge Roth".

/s/ Edward R. Becker
Circuit Judge

DATED: February 23, 1995